IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL CASE NO. 3:08cr131

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) JOHNNY HOWIE, RODNEY ) BROWN, TORRIE BROWN ) and WILLIE J. SPRINGS, JR. ) ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to extend the time within which to file a Plea Agreement.

The Court finds that the deadline should be extended through August 8, 2008.

**IT IS, THEREFORE, ORDERED** that any Plea Agreement in this matter shall be filed on or before August 8, 2008.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge

Signed: July 7, 2008