IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr131

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| (1) JOHNNY HOWIE a/k/a "Poke" | ) | |
| (2) RODNEY BROWN | ) | |
| (3) TORRIE BROWN a/k/a 'Red" | ) | |
| (4) WILLIE J. SPRINGS, JR. | ) | |
|    a/k/a "Big Will" | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the United States' Motion to Extend Plea Deadline to October 3, 2008. [Doc. 43, filed September 29, 2008.

The Court finds that for good cause shown, **IT IS THEREFORE ORDERED** that the deadline for filing a plea agreement is extended through and including October 3, 2008.

**IT IS SO ORDERED**.

Signed: September 30, 2008

Martin Reidinger
United States District Judge